UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - :
SHAWN GREEN,                                  : 07 Civ. 4536 (KMW) (JCF)
                                              :
                Plaintiff,                    :     O R D E R
                                              :
         - against -                          :
                                              :
CENTRAL OFFICE REVIEW COMMITTEE,              :
("CORC"), DIR. THOMAS G. EGAN,                :
ASSISTANT K. BELLAMY, Inmate                  :
Grievance Program ("IGP"),                    :
INSPECTOR GENERAL KENNETH                     :
MCLAUGHLIN, ADA COORDINATOR, DONNA            :
M. MASTERSON, SUPERINTENDENT W. E.            :
PHILLIPS, SECURITY DEPUTY G.                  :
GUINEY, ADMINISTRATIVE DEPT. G.               :
HAPONIK, ASST. DEPUTY HAGGETT,                :
FOOD SERVICE ADMIN. S. JOHNSON,               :
MAILROOM CLERK LYDER, IGP                     :
SUPERVISOR RICH ALEXIS, IGP                   :
SUPERVISOR LEWIS GOIDEL,                      :
S. CASACELI, UNIDENTIFIED JOHN DOE,:
Lieutenant, A. MONTEGARI, D.                  :
MARKHAM. T.H. KIERHAN, SERGEANT               :
TIERNEY, B. SCHNEIDER. D. HUTTEL,             :
C. AUSTIN, G. TILLOTSON, W. LETTE,            :
K. O'CONNOR, and OFFICER KAUFMAN,             :
                                              :
                Defendants.                   :
- - - - - - - - - - - - - - - - - - - - - - -:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    Plaintiff having filed an amended complaint on July 30, 2007, and the Court having ordered issuance of an amended summons on September 18, 2007, and an amended summons having been issued on February 22, 2008, it is hereby ORDERED as follows:

    1.    Plaintiff's time to serve the amended complaint is extended to April 15, 2008 pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. No further extensions will be permitted.

    2.    If plaintiff requires assistance in effecting service through the United States Marshal Service, he should contact the

1

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 6, 2008

Copies mailed this date:

Shawn Green
97-A-0801
Southport Correctional Facility
P.O. Box 2000
Pine City, New York 14871