**MEMO ENDORSED**

RECEIVED APR 08 2008 CHAMBERS OF JAMES C. FRANCIS IV UNITED STATES [MAGISTRATE JUDGE]

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

April 7, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

BY HAND
Honorable James C. Francis
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Green v. Central Office Review Committee, et al.,
    07 Cv. 4536 (RMB)(JCF)

Dear Judge Francis:

The purpose of this letter is to request that the time for defendants to answer or otherwise move with respect to the complaint of the pro se inmate in the above matter involving many claims and defendants, be set for June 16, 2008 due to the scope of the case. To date, we have requests for representation from two of the twenty-six defendants. The additional time is needed to obtain other requests for representation or otherwise to resolve any service of process questions, as well as to obtain the needed information in responding.

No previous request for an extension of time has been made.

Respectfully submitted,

*Wesley E. Bauman*
WESLEY E. BAUMAN
Assistant Attorney General
(212) 416-6296

cc. Shawn Green, pro se (by regular mail)

4/8/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

Division of State Counsel • Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 * Not For Service of Papers
http://www.oag.state.ny.us