MEMO ENDORSED



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

June 6, 2008

BY HAND
Honorable James C. Francis
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Green v. Central Office Review Committee, et al.,
07 Cv. 4536 (RMB)(JCF)

Dear Judge Francis:

This is a pro se inmate matter involving many claims and defendants. At this time only nine of the twenty-five individual defendants have been served with process despite your Honor's March 6, 2008 order requiring service of plaintiff's amended complaint by April 15, 2008. Although the remaining sixteen unserved defendants are alleged to work or have worked at Green Haven Correctional Facility (Compl. ¶ III), the facility has not received papers regarding this matter since May 2, 2008. Accordingly, it is respectfully requested that the unserved defendants be granted leave to dismiss plaintiff's amended complaint for failure to effect proper service. It is further requested that the served defendants time to answer or move be extended from June 16, 2008 to August 15, 2008.

This is defendants' second request for an extension of time to answer or move. Defendants' first request was granted on April 9, 2008.

Respectfully submitted,

WESLEY E. BAUMAN
Assistant Attorney General
(212) 416-6296

cc. Shawn Green, pro se (by regular mail)

6/9/08
Time to answer or move is extended to July 15, 2008. No further extensions. Provided that the Office of the Attorney General has authority to appear on behalf of the unserved defendants, those defendants may move to dismiss for lack of service. SO ORDERED.
James C. Francis IV
USMJ

Division of State Counsel • Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us