

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

**MEMO ENDORSED**

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

July 21, 2008



BY HAND
Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Green v. Central Office Review Committee, et al.,
07 Cv. 4536 (RMB)(JCF)

Dear Judge Berman:

I received a copy of your Honor's attached memo endorsement of my July 15, 2008 letter requesting a pre-motion conference. Although your Honor set the date of the conference for July 30, 2008 at 9:30 a.m., I have a conference scheduled before the Honorable William C. Connor in White Plains on the same date and time.

I respectfully request that the conference be adjourned to alleviate this scheduling conflict. My schedule is open during the month of August and September, except for August 22, September 3 and the week of August 11, 2008. As plaintiff is a pro se inmate, I am unable to contact him for immediate consent.

Respectfully submitted,

WESLEY E. BAUMAN
Assistant Attorney General
(212) 416-6296

Conference adjourned to 9/2/08 at 11:30am.

SO ORDERED:
Date: 7/22/08
Richard M. Berman, U.S.D.J.

Encl.

cc: Shawn Green, pro se (by regular mail w/ encl.)