

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2008

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

# MEMO ENDORSED

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

August 29, 2008



RECEIVED
AUG 29 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

BY HAND
Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Green v. Central Office Review Committee, et al.,
07 Cv. 4536 (RMB)(JCF)

Dear Judge Berman:

This letter follows my telephone contact with chambers on Wednesday August 27, in which chambers requested a letter.

On July 22, 2008 your Honor endorsed defendants' July 21, 2008 letter requesting an adjournment of a pre-motion conference scheduled for July 30, 2008. Your Honor adjourned the conference to September 2, 2008 at 11:30 a.m., with the incarcerated pro se plaintiff directed to be made available via telephone conference. We have been informed by the Department of Correctional Services that plaintiff will be unavailable to appear for the 11:30 a.m. conference due to a facility-wide security head-count that occurs at the same time. Accordingly, defendants' respectfully request that the time of the conference be adjourned to 1:30 p.m., or such time as the Court may set, due to plaintiff's unavailability.

*Application granted. Conference adjourned to 1:30pm*

Respectfully submitted,

WESLEY E. BAUMAN
Assistant Attorney General
(212) 416-6296

cc.  Shawn Green, pro se

**SO ORDERED:**
Date: 8/29/08
Richard M. Berman, U.S.D.J.